```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

LIBERTY MUTUAL FIRE INSURANCE CO.,

                Plaintiff,                    MEMORANDUM & ORDER
                                              20-CV-5839(EK)(RER)
          -against-

CITIMORTGAGE, INC., et al.,

                Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Ramon Reyes's Report and Recommendation ("R&R") dated May 3, 2023. ECF No. 44. Judge Reyes recommends that I deny Plaintiff Liberty Mutual Fire Insurance Company's second motion for default judgment against Defendants Legacy Asset Management Capital LLC and Andrew G. Neal because it does not comply with Local Civil Rules 7.1 and 55.2(b). No party has filed objections, and the time to do so has expired. Accordingly, the Court reviews Judge Reyes's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* *State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Plaintiff's second motion for default judgment is denied.

SO ORDERED.

                                                                           /s/ Eric Komitee
                                                                          ERIC KOMITEE
                                                                          United States District Judge

Dated:    August 17, 2023
            Brooklyn, New York