```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                        Plaintiff,

            v.                              ORDER

CITIMORTGAGE, INC., CENLAR FSB, UNITED      1:20-cv-05839 (EK)(RER)
STATES OF AMERICA, LEGACY ASSET
MANAGEMENT CAPITAL, LLC, NYCTL 2018-A
TRUST and THE BANK OF NEW YORK MELLON AS
COLLATERAL AGENT AND CUSTODIAN, ANDREW
G. NEAL, ESQ.,

                        Defendants.
---------------------------------------X
```

Interpleader funds in the amount of $90,154.31 having previously been deposited in the Court Registry pursuant to Order dated January 20, 2022, (Doc. 33 and 34), and this matter now having been voluntarily dismissed pursuant to Rule 41, it is:

ORDERED that the funds previously deposited be disbursed to the "Liberty Mutual Fire Insurance Company" and that the payment be forwarded to the plaintiff's attorneys:

    Feldman, Rudy, Kirby & Farquharson, P.C.
    410 Jericho Turnpike, Suite 315
    Jericho, New York  11753.

SO ORDERED:

                                    Eric R. Komitee
                             _____
                             ERIC KOMITEE
                             United States District Judge

DATED: 1/23/2024